Hillsborough, }
  June, 1899. }

## WHITE v. DEARBORN & a.

BILL OF EXCEPTIONS, to an order of the court denying the plaintiff's motion for a continuance.

*Henry B. Atherton* and *Bertis A. Pease*, for the plaintiff.

*Charles J. Hamblett*, for the defendants.

YOUNG, J. No question of law is raised by the plaintiff's bill of exceptions. The motion for a continuance raised a question of fact, and all such questions are for the trial term. *Clark* v. *Clough*, 62 N. H. 693.

*Exception overruled.*

PEASLEE, J., did not sit: the others concurred.